UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pacific Consolidated Industries LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Innovative Nitrogen Systems, LLC, a California Limited Liability Company, Michael Schroeder, an individual, William Brigham, an individual, and Does 1 - 10,<br><br>Defendants. | CASE NO. SACV06-1004 PSG (MLGX)<br><br>[PROPOSED] STIPULATED FINAL JUDGMENT AND INJUNCTION |

The parties having entered into a confidential Settlement Agreement and, as part of that Settlement Agreement, the parties agreeing and stipulating to continuing injunctive relief; and the Court finding that good cause exists for the entry of a continuing injunction, the Court hereby approves and adopts this Stipulated Final Judgment.

NOW, THEREFORE, with the consent of the parties, and in the discretion of the Court, it is Ordered, Adjudged, and Decreed that the following injunctive relief, which was agreed to by the parties in the confidential Settlement Agreement, is hereby adopted, approved, and incorporated by the Court in this enforceable Final Judgment:

### INJUNCTION ORDERS

A.   Defendants; and all persons or entities acting in concert with all or any of them as their agents, representatives, employees, assignees, brokers, surrogates, delegates, or proxies; are hereby enjoined through December 31, 2009 from:

(1)   retaining any of PCI's trade secrets or other proprietary information in

their possession, custody, or control;

(2) using or disclosing, directly or indirectly, any of PCI's trade secrets or other confidential or proprietary information; and

(3) approaching, for the purposes of marketing, selling or providing any type of services, including consultant, subcontractor or advisory services, those customers set forth on the Revised List of 73 customers as set forth in the chart below, but specifically not including Halliburton, BJ Services, Weatherford, and Frank Jantzon:

| | | |
|---|---|---|
| 1. Airpac | 26. H&C | 51. Rutledge Oilfield Service |
| 2. Airserve | 27. Hallino | 52. SAPESCO |
| 3. Al Ramla | 28. Hamworthy, KSE | 53. Saudi Aramco |
| 4. ARAMCO | 29. HDR Int. | 54. Sharlo |
| 5. ATK Thiokol | 30. HHK BJ Columbia | 55. Shell |
| 6. Belbeisi Trading | 31. ICT | 56. Signa Energy |
| 7. Berned | 32. Independent Technology | 57. SKS |
| 8. Blade Energy | 33. Integrated Photonics, NJ | 58. SonnaHess |
| 9. BP | 34. Landy Energy | 59. Sotep |
| 10. Calico Compression | 35. Lexington Energy | 60. Southern Well |
| 11. Catalyst Services | 36. Maersk | 61. SSB Cryogenic |
| 12. Changqing Oilfield | 37. Meng Intl | 62. Stowell |
| 13. Changqing/Omex | 38. N2Gea | 63. Sunstone |
| 14. Chicago Bridge & Iron | 39. Bert Nimeck | 64. Talisman Energy Canada |
| 15. Core | 40. Northland Energy | 65. Technip |
| 16. CPMEC | 41. Offshore & Marine | 66. Tractebel Gas Engineering |
| 17. Crawford | 42. Parsons | 67. TransAtlantic |

| | | |
|---|---|---|
| Consulting | | |
| 18. Cryoinfra | 43. Petrobras | 68. Tri Ocean Engineering |
| 19. Cryoshield | 44. Petro-Tech | 69. Velocity Engineering |
| 20. Cryotech | 45. Phillips Services | 70. Volta Aluminum Company Ltd. |
| 21. Cudd | 46. Pioneer | 71. Wellnite |
| 22. EGS | 47. Praxair | 72. Valkyrie |
| 23. ExxonMobil | 48. Pride International | 73. Zeus Technologies |
| 24. Foamex | 49. PSL | |
| 25. Gasco | 50. Rasco | |

IT IS FURTHER ORDERED that Plaintiff Pacific Consolidated Industries, LLC, is relieved of any obligation to post bond as per the Court's Preliminary Injunction Order of February 7, 2007.

IT IS FURTHER ORDERED that each party will bear its own costs and fees incurred in this litigation.

IT IS FURTHER ORDERED that this Final Judgment is entered subject to the Court's retention of exclusive jurisdiction to enforce this Final Judgment and Injunction.

**SO ORDERED.**

5/28/08     PHILIP S. GUTIERREZ

The Hon. Philip S. Gutierrez
United States District Judge

3
[PROPOSED] STIPULATED FINAL JUDGMENT AND INJUNCTION

K&E 12621989.1